Rose Hagen, Appellant, *v.* Village of Montgomery, Respondent.

(Argued October 9, 1935; decided October 25, 1935.)

710

*Henry Hirschberg* and *Isidore Shapiro* for appellant.

*Philip A. Rorty* and *Thomas R. Hadaway* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ. Not voting: CROUCH, J.